# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 13-00182-WS |
| CLARENCE WHITE | : | |

## ORDER ON COMPETENCY HEARING

In response to Defendant's Notice of Insanity Defense (Doc. 18), the Defendant filed a motion for psychiatric exam (Doc. 20) which was granted by order (Doc. 21) dated October 7, 2013. Pursuant to that order, Defendant was transferred to the Federal Detention Center SeaTac in Seattle, Washington, for an examination to determine whether Defendant is competent to stand trial and also for a determination of his state of mind at the time of the offense. The evaluation was completed and the results of that evaluation were recorded in a report (Doc. 23) which was sent to this Court and distributed to counsel for the Defendant and the Government.

Pursuant to 18 U.S.C. § 4247(d), the Court conducted a competency hearing on April 1, 2014. Present at the hearing were Defendant, Defendant's counsel, and counsel for the Government. The Government submitted the issue of competency and insanity on the findings and opinions contained in the psychiatric report. The Defendant was afforded the opportunity to submit evidence, produce witnesses, and testify. No evidence or additional testimony was submitted by Defendant. Accordingly, the only evidence bearing on the issue of competency and insanity is the psychiatric report.

The Court has reviewed the report and finds that the testing and evaluation of Defendant appears to be thorough and certainly adequate to generate the findings and opinions expressed by the forensic psychologist who authored the report.

Upon consideration of all matters presented, the Court adopts the opinions and findings contained in the report. Accordingly, the Court finds that Defendant does not suffer from a severe mental disorder or defect that would preclude his ability to understand the nature and consequences of the proceedings against him, or to assist his attorney in his own defense. Consequently, he is considered to be competent to proceed with the judicial process. Additionally, the Court finds that Defendant did not suffer from a mental illness that interfered with his ability to appreciate the nature and quality or wrongfulness of his actions at the time of the offense. Therefore, he is found to have been sane at the time of the alleged offense.

Given these conclusions, this case is hereby set for trial during the **May 2014** trial term which commences with jury selection on **May 5, 2014**. The Clerk of Court is directed to forward this matter to the U.S. Magistrate Judge to schedule a pretrial conference.

**DONE** and **ORDERED** this the 3rd day of April, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE